*Thursday, May 21, 1998*

## MERIT DOCKET

**98–903. State ex rel. Eddy v. Clark.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for stay and motion to expedite consideration of motion for stay,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., would grant a peremptory writ allowing interview under controlled circumstances.

## MOTION DOCKET

**97–1626. Chamberlain v. AK Steel Corp.**
Butler App. No. CA97–04–074. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellant's motion for leave to file supplemental briefs addressing impact of amendment to R.C. 2505.02,

IT IS ORDERED by the court that the motion for leave to file supplemental briefs be, and hereby is, denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–1778. State v. Rush.**
Stark App. No. 96CA419. This cause is pending before the court as an appeal from the Court of Appeals for Stark County,

IT IS ORDERED by the court, *sua sponte*, that oral argument scheduled for May 27, 1998, be extended to twenty minutes per side.

**97–2121. State v. Mitchell.**
Franklin App. No. 97APA03–351. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

IT IS ORDERED by the court, *sua sponte*, that oral argument scheduled for May 27, 1998, be extended to twenty minutes per side.

**97–2123. State v. Mitchell.**
Franklin App. No. 97APA03–351. This cause is pending before the court on the certification of conflict by the Court of Appeals for Franklin County.

IT IS ORDERED by the court, *sua sponte*, that oral argument scheduled for May 27, 1998, be extended to twenty minutes per side.

**97–2266. State v. Toler.**
Hamilton App. No. C–960835. This cause is pending before the court on the certification of conflict by the Court of Appeals for Franklin County.

IT IS ORDERED by the court, *sua sponte*, that oral argument scheduled for May 27, 1998, be extended to twenty minutes per side.

**98–481. State v. Sleppy.**
Darke App. No. 96CA1412. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to hold delayed appeal in abeyance,

IT IS ORDERED by the court that the motion to hold appeal in abeyance be, and hereby is, denied.

PFEIFER, J., would dismiss.